UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:12CV01036 |
| v. ) | JUDGE KEVIN H. SHARP |
| ) | |
| CONTENTS OF FOUR BANK ACCOUNTS,) | |
| AND FOUR REAL PROPERTIES and NET ) | |
| PROCEEDS FROM ANY SALE THEREOF,) | |
| ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on October 10, 2012, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the Contents of Four Bank Accounts on October 25, 2012 and upon the Four Real Properties and Net Proceeds From Any Sale Thereof on November 1, 2012; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon the following persons/entities by certified mail, return receipt on the October 18, 2012, and by regular mail on October 26, 2012:

1. Michael Young
   7106 Pleasant Grove Court
   Fairview, TN 37062

2. Angelia Young
   7106 Pleasant Grove Court
   Fairview, TN 37062

3. Lonnie R. Hoover, Esq.
   Attorney for Michael Young and Angelia Young
   204 Fourth Avenue South
   Franklin, TN 37064

4. Capitol Consultants, Inc. Profit Sharing Plan FBO Michael W. Young

        c/o Michael Young, Resident Agent
        5115 Maryland Way
        Brentwood, TN 37037-1200

5.   Capitol Consultants, Inc.
     FBO Michael W. Young
     c/o Michael Young, Resident Agent
     5115 Maryland Way
     Brentwood, TN 37037-1200

6.   Capitol Consultants, Inc. PSP FBO Michael W. Young
     c/o Michael Young, Resident Agent
     5115 Maryland Way
     Brentwood, TN 37037-1200

7.   Capitol Consultants, Inc.
     c/o Michael Young, Resident Agent
     5115 Maryland Way
     Brentwood, TN 37037-1200

8.   Bank of America
     Northeast Legal Processing
     5701 Horatio Street
     Utica, NY 14502-1024

9.   Entrust Administration of the Southeast FBO Angelia Young
     IRA Account #1261 & 1962
     c/o Angelia Young
     7106 Pleasant Grove Court
     Fairview, TN 37062

10.  Entrust Administration of the Southeast FBO Angelia Young
     IRA Account #1263
     c/o Michael Young
     7106 Pleasant Grove Court
     Fairview, TN 37062

11.  Capitol Abstract and Title
     c/o Capitol Consultants, Inc.
     Michael Young, Resident Agent
     5115 Maryland Way
     Brentwood, TN 37037-1200

Publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on October 19, 2012 and ending on November 17, 2012; and that no person or entity has made a Verified Claim to the Defendant Property or otherwise appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to the Defendant Contents of Four Bank Accounts, Four Real Properties and Net Proceeds From Any Sale Thereof ("Defendant Property") against Michael Young; Angelia Young; Capitol Consultants, Inc. Profit Sharing Plan FBO Michael W. Young; Capitol Consultants, Inc. FBO Michael W. Young; Capitol Consultants, Inc. PSP FBO Michael W. Young; Capitol Consultants, Inc.; Entrust Administration of the Southeast FBO Angelia Young IRA Account #1261 and 1262; Bank of America; Entrust Administration of the Southeast FBO Michael Young IRA Account #1263 and Capitol Abstract and Title and all persons and entities who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this 31st day of March, 2014.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

*/s/ Keith Throckmorton*
_____
Clerk